

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2013

No. 04-13-00245-CV

**IN THE INTEREST OF C.G.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01992
The Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Appellee's Request to Take Judicial Notice is DENIED without prejudice to appellee requesting a supplemental clerk's record. If appellee desires a supplement clerk's record, one must be requested and paid for no later than November 18, 2013. Appellee is reminded that appellee's brief is due November 12, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court